FILED

JUL 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF OREGON, | No. 25-447 |
| Plaintiff - Appellant, | D.C. No. 6:23-cr-00330-MC-1 District of Oregon, Eugene |
| v. | |
| SAMUEL TROY LANDIS, | ORDER |
| Defendant - Appellee. | |

The previous panel has retained jurisdiction of this appeal. Oral argument, if any, will be scheduled in due course.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT